plaintiff's motion for a reargument of the motion resulting in the first mentioned order, and for other relief. Order granting defendant's motion to preclude plaintiff from offering certain evidence upon the trial affirmed, with ten dollars costs and disbursements. No opinion. Appeal from order denying reargument dismissed as not appealable. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

JACOB LANGSAM, Respondent, v. MARY R. LANGSAM, Also Known as MARY GRABEL, Appellant, and SAMUEL GRABEL, Defendant.— Action for a declaratory judgment decreeing that plaintiff and appellant are husband and wife despite a divorce procured by the wife against the husband in Nevada. The Nevada court never acquired jurisdiction over the person of the husband, and the trial court has made a finding that the wife, a resident of this State, went to Nevada for the sole purpose of procuring a divorce. Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

ARTHUR H. LEWIS and HELEN LEWIS, Respondents, v. LOUIS H. KRINSKY, Defendant, and HERMAN EPSTEIN and NATHAN IRVINE, Appellants.— In an action by the plaintiff-wife to recover damages for personal injuries alleged to have been sustained by her as a passenger in the car of defendant Epstein when it collided with the rear of the car of defendant Irvine, and by the plaintiff-husband for loss of services and medical expenses, the jury returned a verdict in favor of both defendants of no cause of action. Order granting plaintiffs' motion to set aside the verdict as against the weight of the evidence and granting a new trial unanimously affirmed, with costs to respondents to abide the event. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

CHARLES B. MERTZ and Others, Respondents, v. VIRGINIA WILLYS DE LANDA, Appellant. (Appeal No. 1.) — Order denying the defendant's motion for judgment on the pleadings, pursuant to rule 112 of the Rules of Civil Practice, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

CHARLES B. MERTZ and Others, Respondents, v. VIRGINIA WILLYS DE LANDA, Appellant. (Appeal No. 2.) — Appeal by the defendant from an order denying her motion to vacate plaintiffs' notice to take the deposition of the defendant before trial, based upon the ground that the pleadings showed affirmatively that no cause of action existed in favor of the plaintiffs; or, in the alternative, to modify the notice of examination in certain particulars. Order affirmed, with ten dollars costs and disbursements, examination to proceed on five days' notice. No opinion. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

CHARLES B. MERTZ and Others, Respondents, v. VIRGINIA WILLYS DE LANDA, Appellant. (Appeal No. 3.) — From an order modifying plaintiffs' demand for a bill of particulars, the defendant appeals. The order, in so far as appealed from, is modified by eliminating from such demand items 8, 9 and 11, and, as so modified, is affirmed, without costs, the bill of particulars to be furnished within ten days from the entry of the order hereon. The items eliminated would require the defendant to furnish evidence to the plaintiffs, which she is not required to do. (Knickerbocker Trust Co. v. Miller, 149 App. Div. 685; Burns v. Lipson, 204 id. 643, 645.) Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.